JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
KRISTY A. HEWITT, CASB No. 274452
kristy.hewitt@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Specially Appearing Defendant
HYUNDAI MERCHANT MARINE (AMERICA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNG TAI GROUP, a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HYUNDAI MERCHANT MARINE (AMERICA) INC. and DOES 1-20, inclusive,<br><br>　　　　　　　　Defendant. | Case No. C 12-06045 MEJ<br><br>**SECOND AND FINAL STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**<br><br>[L.R. 6-1(a)]<br><br>Complaint removed: Nov. 29, 2012<br>Current deadline: Dec. 27, 2012<br>New deadline: Jan. 17, 2013 |

　　　　WHEREAS, on October 24, 2012, Plaintiff TUNG TAI GROUP ("TT Group") filed a Summons and Complaint in the Superior Court of the State of California for the County of San Francisco, thereby commencing an action, entitled <u>TUNG TAI GROUP, a California corporation v. HYUNDAI MERCHANT MARINE (AMERICA) INC. and DOES 1-20, inclusive</u>, Case No. CGC-12-525400 ("the State Court Action");

　　　　WHEREAS, Plaintiff served the Summons and Complaint in the State Court Action on Defendant, HYUNDAI MERCHANT MARINE (AMERICA) INC. ("Hyundai"), on October 30, 2012;

　　　　WHEREAS, on November 29, 2012, Hyundai removed the State Court Action to this Court;

1  WHEREAS, Hyundai's response to the Complaint was originally due on or
2  before December 6, 2012;
3  WHEREAS, the Parties stipulated to extend Hyundai's response to the
4  Complaint to on or before December 27, 2012;
5  WHEREAS, the Parties would like additional time to complete their
6  investigations into the allegations made in the Complaint;
7  WHEREAS, the Parties hereby agree to a final, twenty-one (21) day
8  extension of the deadline by which Hyundai is required to respond to the Complaint;
9  NOW, THEREFORE, Plaintiff TUNG TAI GROUP, through its counsel,
10 and Defendant, HYUNDAI MERCHANT MARINE (AMERICA) INC, through its
11 counsel, hereby stipulate and agree that Defendant shall respond to Plaintiff's
12 Complaint on or before January 17, 2013.

**IT IS SO STIPULATED.**

DATED: December 27, 2012

_____
WILLIAM SIAMAS
MORGAN, FRANICH, FREDKIN & MARSH
Attorneys for Plaintiff
TUNG TAI GROUP.

DATED: December 27, 2012

_____
JAMES A. MARISSEN
KRISTY A. HEWITT
KEESAL, YOUNG & LOGAN
Attorneys for Specially Appearing Defendant
HYUNDAI MERCHANT MARINE (AMERICA) INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Maria-Elena James

Dated: 1/2/2013

[L.R. 6-1(A)] - Case No. C-12 – 06045 MEJ
- 2 -
KYL_LB1566950