Mark B. Fredkin (53550)
William Siamas (133111)
Morgan, Franich, Fredkin & Marsh
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiff
Tung Tai Group

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNG TAI GROUP, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MERCHANT MARINE (AMERICA) INC. and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 12-06045 MEJ<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO STAY OR DISMISS AND TO RESET BRIEFING SCHEDULE FOR THE FILING OF OPPOSITION AND REPLY PAPERS (DUE TO PENDING SETTLEMENT DISCUSSIONS)**<br><br>Date: February 28, 2013<br>Time: 10:00 a.m.<br>Courtroom B |

WHEREAS, on October 24, 2012, Plaintiff Tung Tai Group ("TT Group") filed a Summons and Complaint against Defendant Hyundai Merchant Marine (America) Inc. ("Hyundai") in the Superior Court of the State of California for the County of San Francisco, Case No. CGC-12-525400 (the "State Court action");

WHEREAS, on November 29, 2012, Hyundai removed the State Court action to this Court;

WHEREAS, Hyundai's response to the Complaint was originally due on or before December 6, 2012, but after TT Group stipulated to two separate extension requests of Hyundai, the response date was extended to January 17, 2011;

WHEREAS, the parties have been continuously attempting since December to settle their dispute, and have agreed, in the event these informal efforts are unsuccessful, to

STIPULATION TO CONTINUE HEARING DATE ON MOTION TO STAY OR DISMISS THE COMPLAINT FOR INCONVENIENT FORUM

1 mediate the matter before Gregory W. Polous, a mediator experienced in maritime cases;

2 WHEREAS, on January 17, 2013, Hyundai responded to the Complaint with a Motion to Stay or Dismiss The Complaint for Inconvenient Forum with a hearing date of February 28, 2013 (the "Motion");

WHEREAS, the parties had agreed that the mediation would be held sufficiently in advance of the due date for the Opposition to the Motion to afford TT Group a reasonable opportunity to respond;

WHEREAS, due to the press of business and scheduling conflicts the parties were unable to schedule a mediation conference with Mr. Polous in January, 2013, as anticipated;

WHEREAS, the parties wish to attempt to complete the above-described settlement efforts prior to incurring further time and expense in connection with the Motion;

NOW, THEREFORE, the parties, through their attorneys of record, hereby stipulate and agree that the hearing on Hyundai's Motion to Stay or Dismiss The Complaint For Inconvenient Forum be continued to April 4, 2013, that the opposition papers be due on or before March 7, 2013, and reply papers be due on or before March 14, 2013.

**IT IS SO STIPULATED**

Dated: February 6, 2013          MORGAN, FRANICH, FREDKIN & MARSH

By: _____
Attorneys for Plaintiff
Tung Tai Group

Dated: February 6, 2013          KEESAL, YOUNG & LOGAN

By: _____
Attorneys Specially Appearing
For Defendant
Hyundai Merchant Marine (America) Inc.

## ORDER

Pursuant to the Stipulation of the parties, the hearing on Defendant's Motion to Stay or Dismiss The Complaint For Inconvenient Forum is continued to April 4, 2013, at 10:00 a.m. in Courtroom B. Plaintiff's Opposition papers are due on or before March 7, 2013, and Defendant's Reply papers are due on or before March 14, 2013.

**SO ORDERED**

Dated: 2/7/2013



United States Magistrate Judge

STIPULATION TO CONTINUE HEARING DATE ON MOTION TO STAY OR DISMISS THE COMPLAINT FOR INCONVENIENT FORUM