1  MARK B. FREDKIN (State Bar No. 53550)
   WILLIAM SIAMAS (State Bar No. 133111)
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California 95113-1613
   Telephone: (408) 288-8288
4  Facsimile: (408) 288-8325

5  Attorneys for Plaintiff
   TUNG TAI GROUP

6

7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
8

9

10 | TUNG TAI GROUP, a California corporation, | Case No. C 12-06045 MEJ
   |                                           |
11 | Plaintiff,                                | **STIPULATION OF DISMISSAL WITH PREJUDICE AND**
   |                                           | [~~PROPOSED~~] **ORDER**
12 | vs.                                       |
   |                                           | Judge: Hon. Maria-Elena James
13 | HYUNDAI MERCHANT MARINE                   |
   | (AMERICA) INC. and DOES 1-20, inclusive,  | Complaint Filed: California – 10/24/12
14 |                                           | Complaint Removed: 11/29/12
   | Defendants.                               |

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           1
   ─────────────────────────────────────────────────────────────
       STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

## STIPULATION

The undersigned parties, by and through their respective counsel, do hereby stipulate, pursuant to the terms of the Settlement Agreement and Release dated April 3, 2013, entered into by the parties, and as indicated by their signatures below, that Plaintiff Tung Tai Group's action against Defendant Hyundai Merchant Marine (America) is dismissed with prejudice.  IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that all claims asserted in this case by Plaintiff are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

**IT IS SO STIPULATED**

Dated: April 12, 2013     MORGAN, FRANICH, FREDKIN & MARSH

By: __/s/_____
     WILLIAM SIAMAS
     Attorneys for Plaintiff
     Tung Tai Group

Dated: April 12, 2013     KEESAL, YOUNG & LOGAN

By: _____
     JAMES A. MARISSEN
     KRISTY A. HEWITT
     Attorneys Specially Appearing
     For Defendant
     Hyundai Merchant Marine (America) Inc.

## [PROPOSED] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated : __April 16__, 2013     _____
                                United States Magistrate Judge

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James)*